UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN COOK | CIVIL ACTION |
| VERSUS | NO: 21-00543 |
| WHELAN SECURITY CO., doing business as GARDA WORLD SECURITY CORPORATION | SECTION: T (5) |

### ORDER

The Court takes note that counsel for Plaintiff Karen Cook has failed to appear for two scheduling conferences with the Court's Case Manager (R. Doc. 16). Furthermore, Plaintiff has failed to respond to Defendant's Motion to Dismiss for Failure to State a Claim (R. Doc. 8). Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, in its entirety, is hereby DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's directives and failure to prosecute.

New Orleans, Louisiana, this 9th day of September 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE